JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS COMMERCIAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THERESA HALL, CHARLES HALL, and JOHN HALL, JR.,<br><br>　　　　Defendants. | Case No. 2:22-cv-08234 PA (MAAx)<br><br>Judge: Hon. Percy Anderson<br><br>Courtroom 9A<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Having considered the Joint Stipulation for Dismissal with Prejudice by Plaintiff Travelers Commercial Insurance Company and Defendants Theresa Hall, Charles Hall and John Hall, Jr., and good cause appearing, this case is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  April 28, 2023

By  _____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE